# Allegheny County Jail

☒ Misconduct report ☐ Other

Misconduct Number # 24-0917

| Pod | Name | | | | Time 24hrs | Misconduct date |
|---|---|---|---|---|---|---|
| 4C | Antawn McCarrel | | | | approx 1448hrs | 4-16-24 |
| Cell# | DOC | | | | Place of Misconduct | |
| 124 | 179460 | | | | 4C dayroom | |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1 #18 Disruption of Normal Routine    Class 1 #20 Threatening an employee or inmate with bodily harm or injury    Class 1 #22 Resisting Officers    Class 1 #21 Assaults and Fighting    Class 2 #12 Lack of Cooperation

**Staff Member's Version:** On the above date and approx time, Inmate McCarrel became arguementative with this writer regarding the pod television that had to be turned back straight. Inmate McCarrel then stepped out of his cell toward's this writer in an aggressive manner while screaming profanities where he was then redirected away from me where he was attempted to be secured into handcuffs. McCarrel also stated "fuck you, i'll punch on you." McCarrel continued to resist this writer which resulted in a code 3 which included a taser deployment and active counter-measures having to be utilized in defense and to gain compliance. McCarrel was eventually handcuffed and removed from the unit after he once again resisted officer in the sally port of 4C causing him to have to be secured to the ground to re-gain control once more.

*I did not say that*

**Immediate Action Taken:** cleared for segregation, placed on pre-hearing status.

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| Sgt. Hunter Sarver | | Date | Time |
| | | 16MR24 | 1832 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| | | | ☒ Class 1  ☒ Class 2 | Antwan McCarrel |

### Notice to Inmate

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another Inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

| FORM ACJ-141 D PART IIB HEARING COMMITTEE ACTION<br>X MISCONDUCT  ☐ OTHER | | ALLEGHENY COUNTY JAIL<br>960 2ND AVENUE<br>PITTSBURGH, PA 15219 | | | MISCONDUCT NUMBER<br>24-0917 | |
|---|---|---|---|---|---|---|
| D.O.C. # | Name | | Institution | Misconduct Time 24 Hr. Base | Misconduct Date | |
| 179460 | MCCARREL, ANTWAN | | ACJ | 1448 | 4-16-24 | |
| | | | | Hearing Date 4/22/24 | Hearing Time 1145 | |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | | | |
| POSS. OF CONTRABAND | | | |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | GUILTY  **NOT GUILTY**  NO PLEA | **GUILTY**  NOT GUILTY  NO PLEA | 15 DAYS |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | GUILTY  **NOT GUILTY**  NO PLEA | **GUILTY**  NOT GUILTY  NO PLEA | 5 DAYS |
| Resisting Officers | **GUILTY**  NOT GUILTY  NO PLEA | **GUILTY**  NOT GUILTY  NO PLEA | 25 DAYS |
| ASSAULTS AND FIGHTING | GUILTY  **NOT GUILTY**  NO PLEA | GUILTY  **NOT GUILTY**  NO PLEA | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | | | |
| POSSESSION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | | | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| SEXUAL HARRASSMENT | | | |
| DISORDERLY APPEARANCE | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| INTERFERING WITH THE ORDERLY RUNNING OF UNIT | | | |
| LOANING OR BORROWING PROPERTY | | | |
| ABUSE OF PRIVILEGES | | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |
| CREATING A HEALTH, SAFETY OR FIRE HAZARD | | | |
| POSSESSION OF MAJOR CONTRABAND | | | |
| RESTRAINT | | | |
| TAMPERING WITH A WITNESS OR INFORMANT | | | |
| TAMPERING WITH A LOCKING DEVICE | | | |
| ABUSE OF AUTHORIZED MEDICATION | | | |
| FORGERY OR TAMPERING | | | |
| FALSIFYING PHYSICAL EVIDENCE | | | |
| POSSESSION OF MINOR CONTRABAND | | | |
| ILLEGAL ENTERPRISE | | | |
| UNAUTHORIZED USE OF PROPERTY | | | |
| LACK OF COOPERATION | | | |
| ABUSE OF LIVING QUARTERS | **GUILTY**  NOT GUILTY  NO PLEA | **GUILTY**  NOT GUILTY  NO PLEA | 5 DAYS |

Inmate Statement Form  (YES)  ~~NO~~

**DAYS SENTENCED: 50   SUSPENDED DAYS ( )   RELEASE DATE: 6/5/24**

Incarcerated Individual Signature X Refuse    Staff Signature Capt. Nouillet

YES X NO  I have had the opportunity to have my version reported as part of the record
YES X NO  I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain

YES X NO  The circumstance of the charge has been read and fully explained to me.
YES X NO  I have heard the decision and have been told the reason for it and what will

Date of 7/22/2024 the time 7:48 CO Englert was passing meds. I did not have my green shirt on so he ask me to put my green on. "I tell hem no you about call a reyusal." He ask are sure? "Yes... When the last inmate went in from meds CO Englert call a refusall the responding officer is Gilliand, The reponding CRU Officer was Gamboa, and CRU officer Turner. Officer Gilliand grabbed my right hand as CRU Gamboa grabbed my left hand and CRU Turner has his poiting at me. Gamboa does a leg sweep as CRU officer Turner shooting his taser hitting me in the thigh and the other hitting me in the hip. Secing that the taser and leg sweep had no effect CRU Turner shooting me again before hitting the ground. One hitting me in the right arm and the other hitting me in the right side of my abdomen. Causing my body to lock up as they scream over and over "Stop resisting." But I wasn't resisting. They would not stop tasing me untell the Capt and sergeant came then they

Antuann Maxwell

Due to this the OE CO made me take off all of my clothing and spread my Butt cheeks. they gave me 30 days Due to two misconduct and two Hearing committee actions. Giving me double sanctions for the same thing. So for 30 days I did not get my clothing, wash, could not get to my hygiene but for two time a week because the hygiene bags are outside the cell door. Due to the incident with sarver and now the CAU offices threatening me saying they he will smacks my head off the wall. I am in fear of my life and safety this is the second time I've been tased now every time I see a taser I become affraid and I put my hands up so they do not shoot me bearing I my get tased & was made to take my clothing off.

Antwan Mccarrel

.84 relief

I'm asking that the ACJ and the insuraonce are held accountable NOT the offices I am asking for the max amount of dameges that the jury and the state will allow. I authorize that all information contained in this document is true to the best of my knowledge and belief.

*Antwuan [signature]*

| Allegheny County Jail | | Misconduct Number # 24-1884 |
|---|---|---|
| ☒ Misconduct report  ☐ Other | | |
| Pod: 3B | Name: Antwan McCarrell | Time 24hrs: 19:47 | Misconduct date: 22JUL24 |
| Cell#: 106 | DOC: 179460 | Place of Misconduct: dayroom, pantry |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Misconduct Charges:** Class 1:18 - Disruption of Normal Routine. 1:22 - Resisting Officers. Class 2:12(a) - Willfully disobeying a direct order. 2:14 - Impeding an employee in the performance of duties.

**Staff Member's Version:** On the above date and approximate time this reporting officer conducted medication pass on the unit. Inmate McCarrell came out without his green shirt for meds. I ordered him to put on his uniform shirt for meds. He refused. He stated he 'wanted off the unit, call the refusal'. I tried to de-escalate the situation, telling him to grab his shirt, get his meds, the issue at hand would be resolved. He again refused. When the last inmate went in from med pass, I called the refusal to lock in. Officers and CRU responded. He refused to cuff up and lock into his cell, actively resisting responding officers. He was taken to the ground where he continued resisting. Taser deployment occurred, and inmate McCarrell eventually complied.

**Immediate Action Taken:** Misconduct issued transferred off unit.

| Staff Member Reporting Misconduct (printed name, title, and Signature) Officer Brian Englert | Action Approved by Ranking Staff on Duty (printed name, title, and signature) ESTOCK CAPT. | Date and Time Inmate Given copy |
|---|---|---|
| | | Date | Time |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category ☒ Class 1 ☒ Class 2 | Inmate signature affirming receipt of Misconduct form and Statement form Antwan McCarrell |
|---|---|---|---|---|

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and In the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

| FORM ACJ-141 D PART IIB HEARING COMMITTEE ACTION  X MISCONDUCT  ☐ OTHER | ALLEGHENY COUNTY JAIL 950 2ND AVENUE PITTSBURGH, PA 15219 | | MISCONDUCT NUMBER 24-1884 |
|---|---|---|---|
| D.O.C. # | Name | Institution | Misconduct Time 24 Hr. Base | Misconduct Date |
| 179460 | MCCARREL, ANTWAN | ACJ | 1947 | 7-22-24 |
| | | | Hearing Date 7/30/24 | Hearing Time 8:43 |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | | | |
| POSS. OF CONTRABAND | | | |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | (GUILTY)  NOT GUILTY  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | 10 DAYS |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | |
| Resisting Officers | GUILTY  NOT GUILTY  (NO PLEA) | GUILTY  NOT GUILTY  (NO PLEA) | |
| ASSAULTS AND FIGHTING | | | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | | | |
| POSSESSION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | | | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| SEXUAL HARRASSMENT | | | |
| DISORDERLY APPEARANCE | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| INTERFERING WITH THE ORDERLY RUNNING OF UNIT | GUILTY  (NOT GUILTY)  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | T.S |
| LOANING OR BORROWING PROPERTY | | | |
| ABUSE OF PRIVILEGES | | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |
| CREATING A HEALTH, SAFETY OR FIRE HAZARD | | | |
| POSSESSION OF MAJOR CONTRABAND | | | |
| RESTRAINT | | | |
| TAMPERING WITH A WITNESS OR INFORMANT | | | |
| TAMPERING WITH A LOCKING DEVICE | | | |
| ABUSE OF AUTHORIZED MEDICATION | | | |
| FORGERY OR TAMPERING | | | |
| FALSIFYING PHYSICAL EVIDENCE | | | |
| POSSESSION OF MINOR CONTRABAND | | | |
| ILLEGAL ENTERPRISE | | | |
| UNAUTHORIZED USE OF PROPERTY | | | |
| LACK OF COOPERATION | (GUILTY)  NOT GUILTY  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | T.S. |
| ABUSE OF LIVING QUARTERS | | | |
| Inmate Statement Form | YES  (NO) | | |

**DAYS SENTENCED:** 10   **SUSPENDED DAYS (** ) **RELEASE DATE:** 8/1/24

Incarcerated Individual Signature X _____   Staff Signature _____

YES x NO  I have had the opportunity to have my version reported as part of the record

YES x NO  I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain

YES X NO  The circumstance of the charge has been read and fully explained to me.

YES x NO  I have heard the decision and have been told the reason for it and what will

# Allegheny County Jail

☒ Misconduct report   ☐ Other

**Misconduct Number #** 24-1888

| Pod | Name | Time 24hrs | Misconduct date |
|---|---|---|---|
| 8E | Antwan McCarrell | 1946 | 7-22-2024 |
| Cell# | DOC | | Place of Misconduct |
| 220 | 179460 | | 3B Dayroom |

| Name | I | W | | Name | I | W |
|---|---|---|---|---|---|---|
| Operator Turner | X | | | | | |
| Officer Gilliand | X | | | | | |

**Misconduct Charges:** Class 1, #18- Disrupting normal institutional routine, Class 2, #12 a. Willfully disobeying a valid order of correctional employee. #22- Resisting Officers,

**Staff Member's Version:** On the above date and approximate time, I, Operator Gamboa responded to unit 3B due to a refusal to lock in called over the radio. When I arrived, I witnessed Inmate ANTWAN McCarrell sitting on a chair in front of the officer's desk. I told inmate to stand up and placed his hands behind his back. Inmate did not comply with my order, so I grabbed his left arm and was able to place that wrist in a handcuff. Inmate McCarrell then began to actively resist so I performed a leg sweep to take him to the ground. It should be noted that due to Inmate McCarrell actively resisting it caused this reporting CRU Operator to sustain a left-hand injury. (Reference to submitted Accident report, filed on 7/22/2024) Once on the ground I asked Officer Gilliand to handcuff Inmate McCarrell due to me sustaining an immediate hand injury. I then relieved a responding officer of securing Inmate McCarrell's Legs. Inmate McCarrell was then escorted by me and responding staff to unit 5B to be medically cleared.

**Immediate Action Taken:** Inmate is now housed on RHU status pending hearing on unit 8E.

| Staff Member Reporting Misconduct (printed name, title, and Signature) | Action Approved by Ranking Staff on Duty (printed name, title, and signature) | Date and Time Inmate Given copy | |
|---|---|---|---|
| | | Date | Time |
| Eric Gamboa | Capt. V. Sinstead | 7-22-2024 | 2300 |

| Hearing Date | Hearing Time | Location of hearing | Misconduct Category | Inmate signature affirming receipt of Misconduct form and Statement form |
|---|---|---|---|---|
| 7/30/24 | 1747 | 8E OFFICE | ☒ Class 1  ☒ Class 2 | REFUSED |

**Notice to Inmate**

You will be scheduled for a hearing within 7 business days (not including weekends, holidays, Emergencies, or Jail wide lock downs) from the date of the misconduct, you may Remain silent if you wish, and anything you say will be used against you both at the hearing and in the court of law if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee may hold your silence against you, but they must have some other evidence besides your silence in order to find you guilty. If you indicate that you wish to remain silent, you will be asked no further questions.

You may be represented by another inmate of general population status or a member of the institutional staff at your hearing.
You may request witnesses who will be permitted to testify at the hearing provided that they are willing, relevant and so not create a security hazard, relevancy and security will be determined by the chairman of the hearing committee.
If you wish to take advantages of either or both of these choices, please notify the chairman of the committee in writing immediately on the form provided

☐ If this block is checked and you are found guilty of the above misconduct, the hearing committee may suspend or revoke your work-release status.

| FORM ACJ-141 D PART IIB HEARING COMMITTEE ACTION<br>X MISCONDUCT ☐ OTHER | | ALLEGHENY COUNTY JAIL<br>950 2ND AVENUE<br>PITTSBURGH, PA 15219 | | MISCONDUCT NUMBER<br>24-1888 |
|---|---|---|---|---|
| D.O.C. #<br>179460 | Name<br>MCCARREL, ANTWAN | Institution<br>ACJ | Misconduct Time 24 Hr. Base<br>1946<br>Hearing Date<br>7/30/24 | Misconduct Date<br>7-22-24<br>Hearing Time<br>1747 |

| CHARGES | PLEA | DISPOSITION | SENTENCE |
|---|---|---|---|
| MURDER - MANSLAUGHTER | | | |
| ESCAPE | | | |
| POSS. OF CONTRABAND | | | |
| CARRYING A DEADLY WEAPON | | | |
| ARSON | | | |
| ROBBERY | | | |
| BURGLARY | | | |
| THEFT | | | |
| TAMPERING WITH OR DESTROYING PROPERTY | | | |
| SEXUAL ASSAULT | | | |
| INDECENT EXPOSURE | | | |
| RIOT OR INCIDENTING A RIOT | | | |
| DISRUPTION | (GUILTY)  NOT GUILTY  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | T.S. |
| BRIBERY | | | |
| THREATENING AN EMPLOYEE WITH BODILY HARM | | | |
| Resisting Officers | (GUILTY)  NOT GUILTY  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | 20 DAYS |
| ASSAULTS AND FIGHTING | | | |
| ADULTERATION OF FOOD OR DRINK | | | |
| REFUSING TO OBEY AN ORDER | | | |
| POSSESSION OR USE OF A DANGEROUS OR CONTROLLED SUBSTANCE | | | |
| REFUSING TO WORK | | | |
| VIOLATION OF PRE-RELEASE | | | |
| BREAKING RESTRICTION | | | |
| INTOXICATION | | | |
| MAKING FERMENTED BEVERAGES | | | |
| LYING TO AN EMPLOYEE | | | |
| CONDUCTING A GAMBLING OPERATION | | | |
| UNAUTHORIZED USE OF MAIL OR TELEPHONE | | | |
| CONDUCT WITH VISITOR IN VIOLATION OF REGULATIONS | | | |
| UNAUTHORIZED AREA | | | |
| LOANING PROPERTY FOR PROFIT | | | |
| INSOLENCE OR DISRESPECT TOWARD A STAFF MEMBER | | | |
| POSSESSION OF STOLEN PROPERTY | | | |
| SEXUAL HARRASSMENT | | | |
| DISORDERLY APPEARANCE | | | |
| BODY PUNCHING OR HORSEPLAY | | | |
| TAKING UNAUTHORIZED FOOD FROM KITCHEN LOUNGE OR PANTRY | | | |
| POSSESSION OF UNAUTHORIZED CLOTHING | | | |
| TATTOOING | | | |
| INTERFERING WITH THE ORDERLY RUNNING OF UNIT | | | |
| LOANING OR BORROWING PROPERTY | | | |
| ABUSE OF PRIVILEGES | | | |
| FAILURE TO STAND FOR COUNT | | | |
| SMOKING | | | |
| CREATING A HEALTH, SAFETY OR FIRE HAZARD | | | |
| POSSESSION OF MAJOR CONTRABAND | | | |
| RESTRAINT | | | |
| TAMPERING WITH A WITNESS OR INFORMANT | | | |
| TAMPERING WITH A LOCKING DEVICE | | | |
| ABUSE OF AUTHORIZED MEDICATION | | | |
| FORGERY OR TAMPERING | | | |
| FALSIFYING PHYSICAL EVIDENCE | | | |
| POSSESSION OF MINOR CONTRABAND | | | |
| ILLEGAL ENTERPRISE | | | |
| UNAUTHORIZED USE OF PROPERTY | | | |
| LACK OF COOPERATION | (GUILTY)  NOT GUILTY  NO PLEA | (GUILTY)  NOT GUILTY  NO PLEA | T.S. |
| ABUSE OF LIVING QUARTERS | | | |
| **Inmate Statement Form** | YES  (NO) | | |

**DAYS SENTENCED:** 20   **SUSPENDED DAYS** ( 0 )   **RELEASE DATE:** 8/21/24

Incarcerated Individual Signature   REFUSED         Staff Signature   CAPT

YES X NO   I have had the opportunity to have my version reported as part of the record
YES X NO   I have been advised that I may, within 15 days, request a formal review, and understand that this request must contain
YES X NO   The circumstance of the charge has been read and fully explained to me.
YES X NO   I have heard the decision and have been told the reason for it and what will