IN THE UNITED STATES DISTRICT
COURT FOR WESTERN DISTRICT
OF PENNSYLVANIA

FILED
NOV 24 2025
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

ANTWAN McCARREL
Plaintiff

Civil Action No:
2:24-cv-1358

V

SERGEANT HUNTER SARVER
Defendants

## OBJECTION REPORT AND RECOMMENDATION

AND NOW comes Plaintiff Antwan McCarrel pro se pauper, who respectfully objects to this Honorable Courts Report and Recommendation, which grants in part, and denies in part the Defendant's Motion to Dismiss. The Plaintiff without any legal counsel, or assistance, initiated this civil action against Defendants Hunter Sarver, Eric Gamboa, and Zachary Turner for events which took place on April 16, 2024, And July 22, 2024. Both events and unrelated. Thus, Plaintiff is seeking injunctive relief as well as compensatory and punitive damages.

(1)

Respectfully, this Honorable Court's Report and Recommendation left the Plaintiff a bit perplexed as to its order/findings. Specifically, Plaintiff is seeking clarity. Clarity as to this Honorable Court's "Conclusion". Within this Honorable Court's "Conclusion" there was no mention as far as the Plaintiff's claims as far as punitive damages. As the plaintiff in the aforementioned matter is forced to grapple with the constant ringing in both ears, as well as the faint taste of metal whenever I drink something cold. These things never happened prior to my being tased repeatedly. Further I believe the court erred in not allowing my claims to go forth against Allegheny County, as well as the Allegheny County Bureau of Corrections. Said plaintiffs in this matter are employees-minions of said entities. Therefore, they can shirk repercussion under the guise that they were only doing what they were told/taught/trained

②

to do by their prospective employer(s). Also Plaintiffs injury(ies) came about while he was in the custody of both Allegheny County and the Allegheny County Bureau of Corrections. Both of these entities have a longstanding history or pattern of misconduct by its employees which has yet to be corrected as Plaintiff too, has fallen a victim of this vicious pattern. In my previous filing it was well established that I wish to be compensated for everything that I've had to endure as a result of both of these incidents (which occured on 04/16/2024 and 07/22/2024). It is further well known that I don't possess any Law degree's or certificates. Thus, my reasoning for seeking appointed counsel. However, This Honorable court denied my request as it decided it to be too early for my need for counsel, despit my 11th grade education. Also there was no previously stated claim against The 11th Ammendment. This Honorable

(3)

Court however, stated a claim which was denied by the same court.

Wherefore, Pro se Plaintiff (Mr. McCarrell) respectfully requests that This Honorable Court accept this objection to Report and Recommendation and award Judgment in his favor.

4